UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NOEL CARDOSO-GONZALEZ      *      CIVIL ACTION

VERSUS      *      NUMBER:

ANADARKO PETROLUEM CORPORATION,    *      SECTION:
W-INDUSTRIES OF LOUISIANA, LLC,
DOLPHIN SERVICES, L.L.C.,      *      MAGISTRATE:
GULF SOUTH SERVICES, INC. and
SAFEZONE SAFETY SYSTEMS, L.L.C.
 *    *    *    *    *    *    *    *

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes NOEL CARDOSO-GONZALEZ, a person of the full age of majority and resident of the State of Louisiana, and for his Complaint respectfully represents as follows:

I.

## JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. 1331, federal question jurisdiction.

II.

## PARTIES DEFENDANT

Made defendants herein are:

1.      ANADARKO PETROLEUM CORPORATION, on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court;

2.      W-INDUSTRIES OF LOUISIANA, LLC, on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court;

1

3.      DOLPHIN SERVICES, L.L.C., LLC, on information and belief, a domestic corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court;

4.      GULF SOUTH SERVICES, INC., on information and belief, a domestic corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court;

5.      SAFEZONE SAFETY SYSTEMS, L.L.C. on information and belief, a domestic corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

III.

The defendants are liable unto the plaintiff pursuant to the law and statutes of the United States, including but not limited to the Outer Continental Shelf Lands Act, 43 U.S.C. 1331, et seq., and the law and statutes of the State of Louisiana, in damages in a sum which will fairly compensate him and which will be determined at the trial of this matter, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following reasons, to wit:

IV.

On or about August 13, 2016, plaintiff, Noel Cardoso-Gonzalez, was employed by a third-party, Omni Energy Services Corp.  On that date, Mr. Cardoso-Gonzalez was performing his assigned duties on the premises owned and/or operated by the defendants, on information and belief, a platform located in the Gulf of Mexico, Keathley Canyon Block 875.  In the course of performing those duties, suddenly and without warning and due to the negligence of the defendants and/or its agents and employees and/or defects in the premises and its equipment, plaintiff was

caused to sustain severe and disabling injuries as described herein when he was struck and caused to fall by a cable tray above him that was unsecured or otherwise defective or in an unsafe condition.

V.

Plaintiff was in no manner negligent.  On information and belief, plaintiff alleges that the sole and proximate cause of his injuries, as described herein, was the negligence and/or failure of the defendants, and their servants and/or agents, in carrying out their obligations and duties, individually and concurrently, and/or the condition of the premises and equipment, in the following respects:

1. Failure to ensure that the plaintiff's work area and equipment therein was in a safe condition for plaintiff to work;

2. Failure to provide plaintiff with a safe place in which to work;

3. Failure to exercise reasonable care in discovering and correcting any and all unsafe conditions existing on the premises;

4. Failure to warn the plaintiff;

5. Failure to warn plaintiff of the dangerous and unsafe conditions of the premises;

6. Failure to properly inspect, maintain and repair the premises and equipment;

7. Hiring untrained and unskilled employees;

8. Retaining employees found to be careless and/or unskilled;

9. Strict and/or premises liability;

10. Failure to provide plaintiff with the proper equipment and/or personnel to accomplish his job in a reasonably safe manner;

11. Failure to provide competent and adequate supervisory authority;

12. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff;

13.     Other acts of negligence and conditions to be proven at the trial of this case.

## VI.

Solely by reason of the negligence of the defendants, and other acts and inactions described herein, plaintiff, Noel Cardoso-Gonzalez, sustained serious injuries including but not limited to the following: possible ruptured and/or herniated discs and nerve damage, as well as injuries to his bones, muscles and joints, organs and tissues among other component parts of his shoulder, neck, head, back, arms, and hands.  As a result thereof, plaintiff in the past and in the future will require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

## VII.

As a direct and proximate result of the aforesaid negligence, conditions, and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which defendants are liable unto him, plus legal interest from the date of occurrence, attorney's fees, and all costs of these proceedings.

**WHEREFORE**, plaintiff prays that the defendant(s) be served with a copy of this Complaint, and after due proceedings had and the expiration of all legal delays herein: There be a judgment rendered in favor of the plaintiff, NOEL CARDOSO-GONZALEZ, and against defendants, ANADARKO PETROLUEM CORPORATION, W-INDUSTRIES OF LOUISIANA, LLC, DOLPHIN SERVICES, L.L.C., GULF SOUTH SERVICES, INC. and SAFEZONE SAFETY SYSTEMS, L.L.C., in damages in an amount to be determined at trial, together with interest from the date of occurrence until paid, attorney's fees, and all costs; and for any and all other relief which the law and justice may provide.

4

**RESPECTFULLY SUBMITTED:**

____s/Julie Sumrall_____
LAWRENCE BLAKE JONES (7495)
JULIE SUMRALL (21387)
DAVID C. WHITMORE (17864)
SCHEUERMANN & JONES, L.L.C.
701 Poydras Street, Suite 4100
New Orleans, Louisiana  70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380
jms@nola-law.com
Attorneys for Plaintiff,
Noel Cardoso-Gonzalez